■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KEATING, Appellant.—Judgment of the County Court, Orange County (Isseks, J.), rendered February 7, 1977, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Thompson, J. P., O'Connor, Rubin and Kunzeman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER J. KOCH, Appellant.—Two judgments of the County Court, Nassau County (Samenga, J.), both rendered February 14, 1984, affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Kazepis,* 101 AD2d 816). Thompson, J. P., O'Connor, Rubin and Kunzeman, JJ., concur.